UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JERRY LAQUAN NEAL,

      Defendant.
_____/

Case No. 1:06:CR:60

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed May 11, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jerry Laquan Neal's plea of guilty to Count One of the Indictment is accepted. Defendant Jerry Laquan Neal is adjudicated guilty.

3. Defendant Jerry Laquan Neal shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: May 26, 2006

                                                  /s/ Gordon J. Quist
                                                  GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE